978

No. 71–5809. HALEY v. UNITED STATES; and

No. 71–5851. LILEY ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 452 F. 2d 391.

No. 71–5813. SULLIVAN v. BUCHKOE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 71–5814. SEEWALD v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5939. BROWN ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–246. OSWALD, CORRECTION COMMISSIONER, ET AL. v. SOSTRE. C. A. 2d Cir. Motion to dispense with printing amicus curiae brief of National Law Office of National Legal Aid & Defender Assn. and motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 71–548. HAMILTON v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Alameda. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–593. BERG v. SCHMIDT, JUDGE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–910. SIMS ET AL. v. PARKE DAVIS & Co. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–930. BENSON ET AL. v. RICH ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.